IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC D. KAUFFMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TENNILLE KAUFFMAN, et al. | : | No. 11-CV-4896 |

**O R D E R**

AND NOW, this 27th day of March, 2014, consistent with the opinion filed herewith, IT IS HEREBY ORDERED that:

1. The motion for summary judgment filed by defendant Police Officers Jason Livinghouse, Michael Travis, and Juan Munoz (Dkt. # 19) is GRANTED.

2. Judgment is entered in favor of Jason Livinghouse, Michael Travis, and Juan Munoz on all counts.

3. The Clerk of Court shall mark this case closed.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.